UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 09-15744
)
Clyde W. Lumpkins, ) Chapter: 7
Sharon B. Lumpkins, )
) Honorable Susan Pierson Sonderby
)
)
Debtor(s) )

**ORDER GRANTING APPLICATION OF TOBY P. MULHOLLAND AND THE LAW OFFICES OF JASON H. RUBENS, P.C. FOR FINAL COMPENSATION AND EXPENSE REIMBURSEMENT**

THIS MATTER COMING TO BE HEARD upon the Application of Toby P. Mulholland and The Law Offices of Jason H. Rubens, P.C. (collectively, "Counsel") for Final Compensation and Expenses Reimbursement, on proper and sufficient notice, for cause shown, and for the reasons stated on the record by the Court,

IT IS ORDERED

1. The Application for allowances of compensation in the amount of ~~$17,000.00~~ $17,658.38 ("Fees") an amount equal to one-third (1/3%) of the gross recovery of the personal injury claim of the estate is approved;

2. The Application for allowance of actual expenses incurred, in the amount of ~~$1,975.14~~ $1,047.24 ("Expenses") is approved; and

3. The Trustee is authorized to pay Counsel its Fees and Expenses.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated: 6.29.11

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton St.
Waukegan, Illinois 60085-4216
847.249.9100

Rev: 201100318_bko