UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-15744-SPS
§
CLYDE W LUMPKINS §
SHARON B LUMPKINS §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,785.00 | Assets Exempt: | $44,725.39 |
| Total Distributions to Claimants: | $11,260.15 | Claims Discharged Without Payment: | $130,334.34 |
| Total Expenses of Administration: | $25,723.63 | | |

3) Total gross receipts of $52,983.78 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $16,000.00 (see **Exhibit 2),** yielded net receipts of $36,983.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $253,116.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $25,723.63 | $25,723.63 | $25,723.63 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $482.78 | $4,639.66 | $4,639.66 | $4,639.66 |
| General Unsecured Claims (from **Exhibit 7**) | $120,245.44 | $84,096.68 | $84,096.68 | $6,620.49 |
| **Total Disbursements** | $373,844.22 | $114,459.97 | $114,459.97 | $36,983.78 |

4). This case was originally filed under chapter 7 on 04/30/2009. The case was pending for 34 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2012         By:   /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Potential Personal Injury Claim arising out of C | 1129-000 | $52,975.14 |
| Interest Earned | 1270-000 | $8.64 |
| **TOTAL GROSS RECEIPTS** | | $52,983.78 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Clyde W Lumpkins & Sharon Lumpkins | Exemptions | 8100-002 | $16,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $16,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cen/virtual Bank | 4110-000 | $53,035.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Lending | 4110-000 | $170,956.00 | NA | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $11,527.00 | NA | $0.00 | $0.00 |
| | Volkswagon Credit Inc | 4110-000 | $17,598.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $253,116.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $4,448.38 | $4,448.38 | $4,448.38 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.55 | $6.55 | $6.55 |
| Green Bank | 2600-000 | NA | $84.26 | $84.26 | $84.26 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,433.50 | $2,433.50 | $2,433.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $45.32 | $45.32 | $45.32 |
| The Law Offices of Jason H. Rubens, P.C., | 3210-600 | NA | $17,658.38 | $17,658.38 | $17,658.38 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Special Counsel for Trustee | | | | | | |
| The Law Offices of Jason H. Rubens, P.C., Special Counsel for Trustee | 3220-610 | | NA | $1,047.24 | $1,047.24 | $1,047.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $25,723.63 | $25,723.63 | $25,723.63 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 4a | IRS | 5800-000 | $482.78 | $4,639.66 | $4,639.66 | $4,639.66 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $482.78 | $4,639.66 | $4,639.66 | $4,639.66 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation/As Assignee of Sears - SEARS GOLD MASTER | 7100-900 | NA | $18,294.21 | $18,294.21 | $1,440.22 |
| 2 | Recovery Management Systems Corporation/As Assignee of CitiFinancial, Inc. | 7100-900 | $4,713.00 | $4,733.34 | $4,733.34 | $372.63 |
| 3 | DISCOVER BANK | 7100-900 | $13,310.00 | $13,310.96 | $13,310.96 | $1,047.90 |
| 4 | IRS | 7100-000 | NA | $61.92 | $61.92 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 4; IRS) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.87 |
| 5 | Vanderbilt Mortgage and Finance, Inc. | 7100-000 | $6,699.00 | $4,433.94 | $4,433.94 | $349.06 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-900 | $17,395.00 | $17,814.88 | $17,814.88 | $1,402.47 |

**UST Form 101-7-TDR (5/1/2011)**

|    |                                                                                 |          |             |             |             |           |
|----|---------------------------------------------------------------------------------|----------|-------------|-------------|-------------|-----------|
|    | Citibank                                                                        |          |             |             |             |           |
| 7  | Premier BankCard/Charter                                                        | 7100-900 | $809.00     | $851.11     | $851.11     | $67.00    |
| 8  | AMERICAN INFOSOURCE LP AS AGENT CACH LLC FOR                                    | 7100-900 | $6,007.29   | $6,007.29   | $6,007.29   | $472.92   |
| 9  | LIVINGSTON FINANCIAL, LLC AS SUCCESSOR IN INTEREST TO US BANK                   | 7100-900 | $17,249.00  | $17,308.41  | $17,308.41  | $1,362.60 |
| 10 | Recovery Management Systems Corporation/SAM'S CLUB DISCOVER                     | 7100-900 | $649.00     | $649.18     | $649.18     | $51.11    |
| 11 | Recovery Management Systems Corporation/JCPENNEY CREDIT SERVICES                | 7100-900 | $556.00     | $631.44     | $631.44     | $49.71    |
|    | Afni, Inc.                                                                      | 7100-000 | $331.00     | NA          | NA          | $0.00     |
|    | Amo Recoveries                                                                  | 7100-000 | $14.00      | NA          | NA          | $0.00     |
|    | Automated Collections                                                           | 7100-000 | $1,829.00   | NA          | NA          | $0.00     |
|    | Brook & Scott, PLLC                                                             | 7100-000 | $0.00       | NA          | NA          | $0.00     |
|    | Capital 1 Bank                                                                  | 7100-000 | $729.00     | NA          | NA          | $0.00     |
|    | First Farmers and Merchants Bank                                                | 7100-000 | $631.73     | NA          | NA          | $0.00     |
|    | Law Offices of Mitchell N. Kay, P.C                                             | 7100-000 | $0.00       | NA          | NA          | $0.00     |
|    | Lvnv Funding Llc                                                                | 7100-000 | $18,088.00  | NA          | NA          | $0.00     |
|    | Lvnv Funding Llc                                                                | 7100-000 | $5,167.00   | NA          | NA          | $0.00     |
|    | Midland Credit Mgmt                                                             | 7100-000 | $9,616.00   | NA          | NA          | $0.00     |
|    | Midland Credit Mgmt                                                             | 7100-000 | $7,118.00   | NA          | NA          | $0.00     |
|    | Nationwide Credit & Collection Inc                                              | 7100-000 | $0.00       | NA          | NA          | $0.00     |
|    | Nationwide Credit & Collection Inc                                              | 7100-000 | $0.00       | NA          | NA          | $0.00     |
|    | Nationwide Credit &                                                             | 7100-000 | $0.00       | NA          | NA          | $0.00     |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Collection Inc | | | | | |
| P Scott Lowery PC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Payment Amer | 7100-000 | $382.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $963.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $735.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $594.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $523.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $430.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $394.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $294.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $271.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $100.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $89.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $81.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $81.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $79.00 | NA | NA | $0.00 |
| Receivables Management | 7100-000 | $65.00 | NA | NA | $0.00 |
| Rush Oak Park Hospital | 7100-000 | $485.42 | NA | NA | $0.00 |
| Solutia Tas | 7100-000 | $452.00 | NA | NA | $0.00 |
| Solutia Tas | 7100-000 | $86.00 | NA | NA | $0.00 |
| Transworld Systems Inc. | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wachovia Dealer Services | 7100-000 | $3,230.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $120,245.44 | $84,096.68 | $84,096.68 | $6,620.49 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 09-15744-SPS | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | LUMPKINS, CLYDE W AND LUMPKINS, SHARON B | | **Date Filed (f) or Converted (c):** | | 04/30/2009 (f) |
| **For the Period Ending:** | 5/3/2012 | | **§341(a) Meeting Date:** | | 06/17/2009 |
| | | | **Claims Bar Date:** | | 09/21/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 2 | Checking account with Citizens Community Bank | $50.00 | $0.00 | DA | $0.00 | FA |
| 3 | Checking account with Bank of America | $50.00 | $0.00 | DA | $0.00 | FA |
| 4 | Miscellaneous used household goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Personal used clothing | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Great West - Term Life Insurance - no cash surre | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | 401k through employer | $20,268.39 | $0.00 | DA | $0.00 | FA |
| 8 | Simple IRA through Employer | $0.00 | $0.00 | DA | $0.00 | FA |
| 9 | 2008 Tax Refund of $4,657.00 | $4,657.00 | $0.00 | DA | $0.00 | FA |
| 10 | 05 Hyundai Tucson with 45,000 miles Value based | $6,845.00 | $0.00 | DA | $0.00 | FA |
| 11 | 06 Volkswagen Beetle with 25,000 miles Value bas | $11,510.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2000 Ford Taurus with 100,000 miles, Paid in Ful | $1,830.00 | $0.00 | DA | $0.00 | FA |
| 20 | Potential Personal Injury Claim arising out of C | $0.00 | $36,975.14 | DA | $52,975.14 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | DA | $8.64 | FA |

**TOTALS (Excluding unknown value)**                                                                **Gross Value of Remaining Assets**

$46,510.39        $36,975.14                                     $52,983.78         $0.00

**Major Activities affecting case closing:**

Motion to Employ Lakelaw
Motion to Employ PI attorney

Possible PI claim investigation continues - may be claim against state.
Arbitration hearing set for 01/25/2011 on the PI Case.
IRS claims valid Debtors owe for 2008 & 2009.
TFR sent to Tom for review and approval.
TDR to be prepared.
TDR completed.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/17/2011 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/17/2011 | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 09-15744-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LUMPKINS, CLYDE W AND LUMPKINS, SHARON B | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2200 | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | ******2201 | Account Title: | DDA |
| For Period Beginning: | 4/30/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/3/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $52,983.78 | | $52,983.78 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $16.55 | $52,967.23 |
| 07/06/2011 | 5001 | The Law Offices of Jason H. Rubens, P.C. | Per Court Order Entered on 06/29/2011. | 3210-600 | | $17,658.38 | $35,308.85 |
| 07/06/2011 | 5002 | The Law Offices of Jason H. Rubens, P.C. | Per Court Order Entered on 06/29/2011. | 3220-610 | | $1,047.24 | $34,261.61 |
| 07/07/2011 | 5003 | Clyde W Lumpkins & Sharon Lumpkins | Entitled exemptions | 8100-002 | | $16,000.00 | $18,261.61 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $38.31 | $18,223.30 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $29.40 | $18,193.90 |
| 11/14/2011 | 5004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.55 | $18,187.35 |
| 11/14/2011 | 5005 | Lakelaw | Claim #: ; Amount Claimed: 2,433.50; Amount Allowed: 2,433.50; Distribution Dividend: 100.00; | 3110-000 | | $2,433.50 | $15,753.85 |
| 11/14/2011 | 5006 | Lakelaw | Claim #: ; Amount Claimed: 45.32; Amount Allowed: 45.32; Distribution Dividend: 100.00; | 3120-000 | | $45.32 | $15,708.53 |
| 11/14/2011 | 5007 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $4,448.38 | $11,260.15 |
| 11/14/2011 | 5008 | IRS | Claim #: 4; Amount Claimed: 4,639.66; Amount Allowed: 4,639.66; Distribution Dividend: 100.00; | 5800-000 | | $4,639.66 | $6,620.49 |
| 11/14/2011 | 5009 | Recovery Management Systems Corporation/As | Claim #: 1; Amount Claimed: 18,294.21; Amount Allowed: 18,294.21; Distribution Dividend: 7.87; | 7100-900 | | $1,440.22 | $5,180.27 |
| 11/14/2011 | 5010 | Recovery Management Systems Corporation/As | Claim #: 2; Amount Claimed: 4,733.34; Amount Allowed: 4,733.34; Distribution Dividend: 7.87; | 7100-900 | | $372.63 | $4,807.64 |
| 11/14/2011 | 5011 | DISCOVER BANK | Claim #: 3; Amount Claimed: 13,310.96; Amount Allowed: 13,310.96; Distribution Dividend: 7.87; | 7100-900 | | $1,047.90 | $3,759.74 |
| 11/14/2011 | 5012 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.87 | $3,754.87 |
| | | | Claim Amount        $(4.87) | 7100-001 | | | $3,754.87 |
| 11/14/2011 | 5013 | Vanderbilt Mortgage and Finance, Inc. | Claim #: 5; Amount Claimed: 4,433.94; Amount Allowed: 4,433.94; Distribution Dividend: 7.87; | 7100-000 | | $349.06 | $3,405.81 |
| 11/14/2011 | 5014 | PYOD LLC its successors and assigns as assignee of | Claim #: 6; Amount Claimed: 17,814.88; Amount Allowed: 17,814.88; Distribution Dividend: 7.87; | 7100-900 | | $1,402.47 | $2,003.34 |
| 11/14/2011 | 5015 | Premier BankCard/Charter | Claim #: 7; Amount Claimed: 851.11; Amount Allowed: 851.11; Distribution Dividend: 7.87; | 7100-900 | | $67.00 | $1,936.34 |
| 11/14/2011 | 5016 | AMERICAN INFOSOURCE LP AS | Claim #: 8; Amount Claimed: 6,007.29; Amount Allowed: 6,007.29; Distribution Dividend: 7.87; | 7100-900 | | $472.92 | $1,463.42 |
| | | | **SUBTOTALS** | | $52,983.78 | $51,520.36 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 09-15744-SPS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | LUMPKINS, CLYDE W AND LUMPKINS, SHARON B | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******2200 | **Checking Acct #:** | ******4401 |
| **Co-Debtor Taxpayer ID #:** | ******2201 | **Account Title:** | DDA |
| **For Period Beginning:** | 4/30/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/3/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/14/2011 | 5017 | LIVINGSTON FINANCIAL, LLC AS | Claim #: 9; Amount Claimed: 17,308.41; Amount Allowed: 17,308.41; Distribution Dividend: 7.87; | 7100-900 | | $1,362.60 | $100.82 |
| 11/14/2011 | 5018 | Recovery Management Systems | Claim #: 10; Amount Claimed: 649.18; Amount Allowed: 649.18; Distribution Dividend: 7.87; | 7100-900 | | $51.11 | $49.71 |
| 11/14/2011 | 5019 | Recovery Management Systems | Claim #: 11; Amount Claimed: 631.44; Amount Allowed: 631.44; Distribution Dividend: 7.87; | 7100-900 | | $49.71 | $0.00 |
| | | | **TOTALS:** | | $52,983.78 | $52,983.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $52,983.78 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $52,983.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $16,000.00 | |
| | | | **Net** | | $0.00 | $36,983.78 | |

**For the period of 4/30/2009 to 5/3/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $52,983.78 |
| | |
| Total Compensable Disbursements: | $36,983.78 |
| Total Non-Compensable Disbursements: | $16,000.00 |
| Total Comp/Non Comp Disbursements: | $52,983.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 5/3/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $52,983.78 |
| | |
| Total Compensable Disbursements: | $36,983.78 |
| Total Non-Compensable Disbursements: | $16,000.00 |
| Total Comp/Non Comp Disbursements: | $52,983.78 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-15744-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LUMPKINS, CLYDE W AND LUMPKINS, SHARON B | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2200 | | Money Market Acct #: | ******5744 |
| Co-Debtor Taxpayer ID #: | ******2201 | | Account Title: | |
| For Period Beginning: | 4/30/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/3/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/25/2011 | (20) | Ruben & Kress Illinois IOLTA Trust Account | Settlement payment -- Clyde & Sharon Lumpkins v. State Farm Insurance | 1110-000 | $52,975.14 | | $52,975.14 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.18 | | $52,977.32 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.18 | | $52,979.50 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.25 | | $52,981.75 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $2.03 | | $52,983.78 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $52,983.78 | $0.00 |
| | | | **TOTALS:** | | $52,983.78 | $52,983.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $52,983.78 | |
| | | | **Subtotal** | | $52,983.78 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $52,983.78 | $0.00 | |

| **For the period of 4/30/2009 to 5/3/2012** | | **For the entire history of the account between 02/25/2011 to 5/3/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $52,983.78 | Total Compensable Receipts: | $52,983.78 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,983.78 | Total Comp/Non Comp Receipts: | $52,983.78 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $52,983.78 | Total Internal/Transfer Disbursements: | $52,983.78 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-15744-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | LUMPKINS, CLYDE W AND LUMPKINS, SHARON B | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******2200 | **Money Market Acct #:** ******5744 |
| **Co-Debtor Taxpayer ID #:** | ******2201 | **Account Title:** |
| **For Period Beginning:** | 4/30/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/3/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $52,983.78 | $52,983.78 | $0.00 |

**For the period of 4/30/2009 to 5/3/2012**

| | |
|---|---|
| Total Compensable Receipts: | $52,983.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,983.78 |
| Total Internal/Transfer Receipts: | $52,983.78 |
| | |
| Total Compensable Disbursements: | $36,983.78 |
| Total Non-Compensable Disbursements: | $16,000.00 |
| Total Comp/Non Comp Disbursements: | $52,983.78 |
| Total Internal/Transfer Disbursements: | $52,983.78 |

**For the entire history of the case between 04/30/2009 to 5/3/2012**

| | |
|---|---|
| Total Compensable Receipts: | $52,983.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $52,983.78 |
| Total Internal/Transfer Receipts: | $52,983.78 |
| | |
| Total Compensable Disbursements: | $36,983.78 |
| Total Non-Compensable Disbursements: | $16,000.00 |
| Total Comp/Non Comp Disbursements: | $52,983.78 |
| Total Internal/Transfer Disbursements: | $52,983.78 |